■ In the Matter of HERBERT BURGESS, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [849 NYS2d 870]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 24, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE G. BROWNELL, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Allegany County Court (Thomas P. Brown, J.), rendered July 31, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A.J., Appellant. [849 NYS2d 869]—Appeal from an adjudication of the Ontario County Court (Craig J. Doran, J.), rendered February 14, 2006. Defendant was adjudicated a youthful offender upon his plea of guilty to robbery in the third degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.